

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Nathaniel Norris, Appellant

No. 06-16-00154-CR    v.

The State of Texas, Appellee

Appeal from the 76th District Court of Morris County, Texas (Tr. Ct. No. 11,425CR). Memorandum Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Moseley participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We note that the appellant, Nathaniel Norris, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED APRIL 27, 2017
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk